IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Donna Ann Reed, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5:12-3356-RMG |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 37). Plaintiff seeks an award of $5,131.19, representing 27.55 hours of attorney time at $186.25 per hour, and reimbursement for costs of $7.00 and expenses of $16.00. (Dkt. No. 37-1 at 5-7). The Commissioner has advised the Court she does not oppose Plaintiff's motion. (Dkt. No. 38).

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rates are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an attorney's fee award to Plaintiff in the amount of $5,131.19 and reimbursement for costs in the amount of $7.00 and expenses in the amount of $16.00. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(B). In the event Plaintiff has no present debt subject to offset, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

				Richard Mark Gergel
				United States District Judge

April 18, 2014
Charleston, South Carolina